## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHAEL BAUGUS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No.: 07-CV-229 WDS |
| **GORILLA LADDERS, THE HOME** ) | |
| **DEPOT, HIDDEN LAKE WINERY,** ) | |
| **LTD, a corporation,** ) | |
| **DALE AND ANGIE HOLBROOK, and** ) | |
| **TRICAM INDUSTRIES, INC.,** ) | |
| ) | |
| Defendants. | |

### ORDER

This cause coming before the Court on the Motion for Finding of Good Faith Settlement of defendant Tricam Industries, Inc. and the Court being fully advised in the premises; finds that said motion should be **GRANTED.**

**IT IS THEREFORE ORDERED** that the settlement agreement by and between Michael Baugus, and Tricam Industries, Inc., Tricam Industries Asia Ltd., "Gorilla Ladders" and Home Depot USA, Inc. and  is a good faith settlement pursuant to 740 ILCS 100/0.01 et seq., and all claims and causes of action against Tricam Industries, Inc., Tricam Industries Asia Ltd., "Gorilla Ladders" and Home Depot USA, Inc. including those premised upon contribution, or otherwise, and including, but not limited to, the claims of Hidden Lake Winery, Ltd. and Dale and Angie Holbrook, whether now pending or which may be filed in the future are dismissed and extinguished.

DATED: July 17, 2007

                                                                        s/*WILLIAM D. STIEHL*
                                                                          DISTRICT JUDGE