IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL BAUGUS, | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO. 07-CV-229-WDS |
| GORILLA LADDERS, et al., | ) |
| Defendants. | ) |

**O R D E R**

**STIEHL, District Judge:**

Before the Court is plaintiff's motion to remand (Doc. 5) and supplemental motion to remand (Doc. 18). Defendants originally removed this action, alleging that there had been fraudulent joinder of the non-diverse defendants, Hidden Lake Winery, Ltd., Dale Holbrook and Angie Holbrook. Subsequently, the plaintiff has settled with defendants Gorilla Ladders, The Home Depot and Tricam Industries, Inc., leaving only the non-diverse defendants remaining in this action. The non-diverse defendants have not filed objections to the motion to remand or to the supplemental motion.

Upon review of the record, and in light of the settlements with the diverse defendants, the Court **FINDS** that it is without subject matter jurisdiction over this action and therefore, the Court **GRANTS** plaintiff's motion to remand. This matter is **REMANDED** to the Circuit Court for the Third Judicial Circuit, Madison County, Illinois.

IT IS SO ORDERED.

DATED: October 31, 2007.

s/ WILLIAM D. STIEHL
DISTRICT JUDGE